

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00006-CV

**IN RE CESAR ORNELAS, PLLC,**
Cesar Ornelas, II, Eduardo D. Kosturakis, and Victor Chavez, Relators

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: January 20, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus and motion for temporary relief. For writs of mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the mandamus petition and record, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-22424, styled *Joanna Gabriela Gutierrez v. Cesar Ornelas Law, PLLC, Cesar Ornelas, II, Eduardo Kosturakis, and Victor Chavez*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.